.UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 1:20CR-123 |
| | : | |
| v. | : | JUDGE J. McFARLAND |
| | : | |
| DARIUS HILLMAN-CARTER, and | : | INDICTMENT |
| JAKOMMON BONNER, | : | |
| | : | 18 U.S.C. § 2 |
| | : | 18 U.S.C. § 924(c)(1) |
| | : | 21 U.S.C. § 841(a)(1) |
| Defendants. | : | 21 U.S.C. § 841(b)(1)(C) |
| | : | |
| | : | FORFEITURE ALLEGATIONS |

**THE GRAND JURY CHARGES**:

### COUNT 1
(Possession with Intent to Distribute)

On or about April 16, 2020, in the Southern District of Ohio, the defendants, **DARIUS HILLMAN-CARTER** and **JAKOMMON BONNER,** did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 2
(Possession of a Firearm in Furtherance of Offense)

On or about April 16, 2020, in the Southern District of Ohio, the defendants, **DARIUS HILLMAN-CARTER** and **JAKOMMON BONNER**, did knowingly possess a firearm and ammunition, that is, a Heckler and Koch, model P30SK 9mm pistol, serial number 214-006902

and ten bullets, in furtherance of a drug trafficking crime for which the defendants may be prosecuted in a court of the United States, that is, Count 1 of this Indictment, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

**All in violation of Title 18, United States Code, Sections 924(c)(1).**

### FORFEITURE ALLEGATION 1

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendants, **DARIUS HILLMAN-CARTER** and **JAKOMMON BONNER**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation; and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, including but not limited to:

- A Heckler and Koch, Model P30SK, 9mm pistol, bearing serial number 214-006902; and
- Approximately ten (10) rounds of ammunition.

### FORFEITURE ALLEGATION 2

Upon conviction of one or more of the offenses set forth in Counts 1 and 2 of this Indictment, the defendants, **DARIUS HILLMAN-CARTER** and **JAKOMMON BONNER**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation(s), including but not limited to the firearm and ammunition listed in Forfeiture Allegation 1.

### SUBSTITUTE ASSETS

If any of the property described above in Forfeiture Allegations 1 and 2, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) or as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendants, up to the value of the property described above.

                A TRUE BILL

                /s/
                _____
                GRAND JURY FOREPERSON

**DAVID M. DEVILLERS**
**UNITED STATES ATTORNEY**

*/s/ JAStachowiak*
**JACQUELINE A. STACHOWIAK**
**SPECIAL ASSISTANT UNITED STATES ATTORNEY**

EG