IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:20-cr-123(1) |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| DARIUS HILLMAN-CARTER, | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on Defendant's letter to the Court (Doc. 79). The letter requests that his Judgment (Doc. 68) be modified so that his state sentence runs concurrently with his federal sentence. The Court will construe this letter as a motion to modify the Judgment. For the following reasons, Defendant's Motion to Modify the Judgment (Doc. 79) is **DENIED**.

This Court sentenced Defendant to a term of imprisonment of 68 months on September 16, 2022. (Judgment, Doc. 68.) The Judgment did not reference any pending state charges, state sentences, or whether the federal sentence would run concurrently with a state sentence. (*See id.*) In his Motion, Defendant also included a copy of the judgment pertaining to his state sentence. This state judgment was entered on May 30, 2023, and provided for a term of imprisonment of 24 months. (State Judgment, Doc. 79-1.) The state judgment also orders that his sentence "is to run concurrent to all federal time." (*Id.*) Defendant seeks to alter his federal judgment to include corresponding

language that allows his state sentence to run concurrently. (Motion, Doc. 79.) But, Defendant has not included any supporting law for why his judgment should be modified. Nor has he indicated why this Court would have jurisdiction over the enforcement of the state judgment and sentence. Thus, Defendant's Motion to Modify the Judgment (Doc. 79) is **DENIED**.

    **IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND
